# EXHIBIT 1

UNITED STATES PATENT AND TRADEMARK OFFICE

**REGISTRATION NO**:        1,031,651

**REGISTRANT**:  EMPRESA CUBANA EXPORTADORA DE ALIMENTOS ETC.

**CORRESPONDENT ADDRESS**:
    HERBERT SCHWARTZ
    ROPES & GRAY LLP
    1251 AVENUE OF THE AMERICAS
    NEW YORK, NY 10020

**MARK**:        HAVANA CLUB

**CORRESPONDENT'S REFERENCE/DOCKET NO** :  N/A

**CORRESPONDENT EMAIL ADDRESS**:

August 3, 2006

*1031651*

**RETURN ADDRESS**:
Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA 22313-1451

Please provide in all correspondence:

1. Registration date, registration number, mark and registrant's name.
2. Date of this Office Action.
3. Examiner's name and Post Registration Division.
4. Your telephone number and e-mail address.

# POST REGISTRATION OFFICE ACTION

Registration Number  1,031,651

The Sections 8 & 9 Combined filing submitted on December 14, 2005, cannot be accepted for the reasons set forth below.

The Office has received your letter of August 1, 2006, indicating that the specific license necessary to authorize the required fee for filing the combined document has been denied. Because the specific license is necessary for authorizing payment of the required fee, and that license has been denied, the required fee for filing the Sections 8 & 9 Combined filing has not been submitted; accordingly, the registration will be cancelled/expired.

It is noted that your letter contains arguments in support of renewing the subject registration. You may file a petition to the Director requesting review of this decision. The petition must be filed within six months from the mailing date of this letter and must be accompanied by a fee of $100. 37 C.F.R. §§2.6, 2.146(a)(2) and 2.176.

    Sharon Granata
    /Sharon Granata/
    Trademark Specialist
    Post Registration Division
    PH:  (571) 272-9167
    FAX (571) 273-9167
    sharon.granata@uspto.govov

**How to respond to this Office Action:**

To respond formally via regular mail, your response should be sent to the mailing Return Address listed above and include the registration number, the words 'Post Registration' and the examiner's name on the upper right corner of each page of your response.

To check the status of your application at any time, visit the Office's Trademark Applications and Registrations Retrieval (TARR) system at **http://tarr.uspto.gov/**

**FOR INQUIRIES OR QUESTIONS ABOUT THIS OFFICE ACTION, PLEASE CONTACT THE ASSIGNED EXAMINER.**