IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

---

BACARDI & COMPANY LIMITED and BACARDI U.S.A. INC.,

        Plaintiffs,

v.

UNITED STATES PATENT AND TRADEMARK OFFICE, and DREW HIRSHFELD, in his official capacity as the acting Director of the United States Patent and Trademark Office,

        Defendants.

Civil Action No.: 21-cv-1441

**CERTIFICATE OF SERVICE**

---

I hereby certify that service upon the General Counsel, United States Patent and Trademark Office took place as described below, which included true and correct copies of each of the following documents:

- Summons to Office of the General Counsel, United States Patent and Trademark Office
- Complaint
- Rule 7.1 Disclosure Statement
- Application to Qualify as a Foreign Attorney for Michael C. Lynch
- Application to Qualify as a Foreign Attorney for Damon W. Suden
- Application to Qualify as a Foreign Attorney for David Meir Zionts
- Notice from the U.S.D.C. for the Eastern District of Virginia

On December 29, 2021, I served, via First Class U.S. Certified Mail – Return Receipt the documents listed above as verified by the attached Certified Mail Receipt upon

Office of the General Counsel
United States Patent and Trademark Office
PO Box 1450
Alexandria, VA 22313-1450

On January 4, 2022, Office of the General Counsel of the United States Patent and Trademark Office was served the documents listed above as verified by the attached USPS Tracking Receipt.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted and dated this 13th day of January, 2022.

By: *[signature]*

Paul O Stensen

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee: $

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $

Postage: $

Total Postage and Fees: $

Sent To: Office of the General Counsel
United States Patent and Trademark Office
Street and Apt. No.: PO BOX 1450
City, State, ZIP+4: Alexandria, VA 22313-1450

Postmark: DEC 29 2021

PS Form 3800, April 2015

7021 0950 0000 1035 1733

# USPS Tracking®

FAQs >

Track Another Package +

Remove X

**Tracking Number:** 70210950000210321733

Your item has been delivered and is available at a PO Box at 9:18 am on January 4, 2022 in ALEXANDRIA, VA 22313.

USPS Tracking Plus™ Available ⌄

## ✓ Delivered, PO Box

January 4, 2022 at 9:18 am
ALEXANDRIA, VA 22313

Feedback

Get Updates ⌄

---

Text & Email Updates ⌄

---

Tracking History ⌃

January 4, 2022, 9:18 am
Delivered, PO Box
ALEXANDRIA, VA 22313
Your item has been delivered and is available at a PO Box at 9:18 am on January 4, 2022 in ALEXANDRIA, VA 22313.

January 3, 2022, 8:19 am
Available for Pickup
ALEXANDRIA, VA 22313

**January 2, 2022**
In Transit to Next Facility

**January 1, 2022, 4:46 pm**
Departed USPS Regional Facility
DULLES VA DISTRIBUTION CENTER

**December 31, 2021, 5:17 am**
Arrived at USPS Regional Facility
DULLES VA DISTRIBUTION CENTER

**December 29, 2021, 11:43 pm**
Arrived at USPS Regional Facility
NEW YORK NY DISTRIBUTION CENTER

**USPS Tracking Plus™** ⌄

Feedback

**Product Information** ⌄

**See Less** ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**