IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

---

BACARDI & COMPANY LIMITED and BACARDI U.S.A. INC.,

    Plaintiffs,

v.

UNITED STATES PATENT AND TRADEMARK OFFICE, and DREW HIRSHFELD, in his official capacity as the acting Director of the United States Patent and Trademark Office,

    Defendants.

---

Civil Action No.: 21-cv-1441

**CERTIFICATE OF SERVICE**

I hereby certify that service upon United States Attorney for the Eastern District of Virginia took place as described below, which included true and correct copies of each of the following documents:

- Summons to Office of the United States Attorney for the Eastern District of Virginia
- Complaint
- Rule 7.1 Disclosure Statement
- Application to Qualify as a Foreign Attorney for Michael C. Lynch
- Application to Qualify as a Foreign Attorney for Damon W. Suden
- Application to Qualify as a Foreign Attorney for David Meir Zionts
- Notice from the U.S.D.C. for the Eastern District of Virginia

On December 29, 2021, I served, via First Class U.S. Certified Mail – Return Receipt the documents listed above as verified by the attached Certified Mail Receipt upon

Office of the United States Attorney for the Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314

On January 10, 2022, the Office of the United States Attorney for the Eastern District of Virginia was served the documents listed above as verified by the attached USPS Tracking Receipt.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted and dated this 13th day of January, 2022.

By: _____
Paul Ostensen



# USPS Tracking®

FAQs >

**Track Another Package +**

Remove X

**Tracking Number:** 70210950000210321764

Your item was delivered to an individual at the address at 3:48 pm on January 10, 2022 in ALEXANDRIA, VA 22314.

USPS Tracking Plus™ Available

## ✓ Delivered, Left with Individual

January 10, 2022 at 3:48 pm
ALEXANDRIA, VA 22314

Get Updates

Feedback

---

**Text & Email Updates**

**Tracking History**

**January 10, 2022, 3:48 pm**
Delivered, Left with Individual
ALEXANDRIA, VA 22314
Your item was delivered to an individual at the address at 3:48 pm on January 10, 2022 in ALEXANDRIA, VA 22314.

**January 3, 2022, 1:13 pm**
Delivery Exception, Local Weather Delay
ALEXANDRIA, VA 22314

**January 2, 2022**
In Transit to Next Facility

**December 31, 2021, 5:17 am**
Arrived at USPS Regional Facility
DULLES VA DISTRIBUTION CENTER

**December 29, 2021, 11:43 pm**
Arrived at USPS Regional Facility
NEW YORK NY DISTRIBUTION CENTER

USPS Tracking Plus™

Product Information

Feedback

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**