IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| Bacardi & Company Limited  et al | ) | |
|           Plaintiff | ) ) | |
| v. | ) ) ) | |
| Coke Morgan Stewart et al | ) ) | Civil Action No. 1:21-cv-01441-LMB-IDD |
|           Defendant | ) ) ) ) ) | |

**JUDGMENT**

Pursuant to the Order of this Court entered on March 5, 2025 and in accordance with Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered in favor of defendant Coke Morgan Stewart and intervenor-defendant Empresa Cubana Exportadora de Alimentos y Productos Varios.

FERNANDO GALINDO, CLERK OF COURT

By: _____/s/_____
S. Brown
Deputy Clerk

Dated: 3/5/2025
Alexandria, Virginia