**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| BACARDI & COMPANY LIMITED and BACARDI U.S.A. INC., <br><br>   Plaintiffs, <br><br> v. <br><br> UNITED STATES PATENT AND TRADEMARK OFFICE, and COKE MORGAN STEWART, in her official capacity as the Acting Director of the United States Patent and Trademark Office, <br><br>   Defendants, <br> and <br><br> EMPRESA CUBANA EXPORTADORA DE ALIMENTOS Y PRODUCTOS VARIOS, <br><br>   Intervenor-Defendant. | Civil Action No.:  1:21-cv-01441 (LMB/IDD) |

**NOTICE OF APPEAL**

Notice is hereby given that Plaintiffs Bacardi & Company Limited and Bacardi U.S.A., Inc., above named, hereby appeal to the United States Court of Appeals for the Fourth Circuit from the Judgment entered in this action on March 5, 2025, (ECF No. 80), and all orders and rulings merged therein.

1

| | |
|---|---|
| Dated:   Washington, DC<br>           April 2, 2025 | Respectfully submitted, |
| COVINGTON & BURLING LLP | KELLEY DRYE & WARREN LLP |
| | */s/ Joseph J. Green* |
| David M. Zionts (admitted *pro hac vice*)<br>One CityCenter<br>850 Tenth Street, NW<br>Washington, DC  20001-4956<br>(202) 662-5987<br><br>*Counsel for Plaintiffs Bacardi & Company Limited and Bacardi U.S.A. Inc.* | Joseph J. Green (Va Bar No. 40336)<br>Kelley Drye & Warren LLP<br>Washington Harbour, Suite 400<br>3050 K Street, NW<br>Washington, DC 20007<br>Phone: (202) 342-8849<br>Fax: (202) 342-8451<br>jgreen@kelleydrye.com<br><br>Michael C. Lynch (admitted *pro hac vice*)<br>Damon Suden (admitted *pro hac vice*)<br>3 World Trade Center<br>175 Greenwich Street<br>New York, NY 10007<br>Tel: (212) 808-7800<br>mlynch@kelleydrye.com<br>dsuden@kelleydrye.com |